AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 2 2 2026

MITCHELL R. ELFERS
CLERK OF COURT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jevon Dewitt Hairston | ) | Case No. 26-1920 MJ |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 4, 2025 - September 5, 20 in the county of Otero in the

_____ District of New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |
| 18 U.S.C. §§ 2252A(a)(2) | Distribution of Child Pornography |

I further state that I am a Homeland Security Investigations Special Agent and that this complaint is based on the following facts:

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

SAMUEL H GUSTAFSON

Digitally signed by SAMUEL H GUSTAFSON
Date: 2026.04.22 09:41:01 -06'00'

_____
*Complainant's signature*

Sam Gustafson-HSI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/22/2026

_____
*Judge's signature*

City and state: Las Cruces, New Mexico

Kevin R. Sweazea, U.S. Magistrate Judge
_____
*Printed name and title*

## Affidavit

1. I, Special Agent Sam Gustafson, your Affiant, have been a Special Agent with Homeland Security Investigations (HSI) and have been so employed since June of 2025. I am classified, trained and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned as a criminal investigator for the Assistant Special Agent in Charge (ASAC), Las Cruces, New Mexico. Prior to my current position, I was employed as a contractor for Meta, Inc. as an Artificial Intelligence (AI) Safety Red Team Specialist, where I helped to strengthen internal security protocols prohibiting the use of Meta AI to create or generate child sexual abuse material via adversarial techniques. During this investigation, I have consulted with other HSI Agents and other law enforcement detectives and officers who have extensive experience investigating child exploitation. Your Affiant has received training and education on the identification and investigation of child exploitation violations.

2. The information set forth in this affidavit was derived from my own investigation and/or communicated to me by other sworn law enforcement officers. Because this affidavit is submitted for the limited purpose of securing a criminal complaint, your affiant has not included each and every fact known to me concerning this investigation. Your affiant has set forth only those facts that your affiant believes are necessary to establish that probable cause to support a criminal complaint against Jevon Hairston for Possession and Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and 18 U.S.C. §§ 2252A(a)(2).

### Relevant Statutes

3. Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B), provides "any person who . . . knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign

1

commerce by any means, including by computer . . . shall be punished as provided in subsection (b).

4. Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2), provides "any person who knowing receives or distributes any child pornography that has been mailed, or using any means or facility of interstate commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer . . . shall be punished as provided in subsection (b)."

## Details of the Investigation

5. On February 27, 2026, Homeland Security Investigations (HSI) Las Cruces received information from Assistant United States Attorney (AUSA) James Dickens regarding an investigation conducted by the Alamogordo Police Department (APD) regarding Jevon Hairston who had been charged and arrested by the State of New Mexico on November 13, 2025, for violations of New Mexico State law concerning possession of child pornography.

6. On September 5, 2025, the Alamogordo Police Department (APD) received an investigative referral from the Santa Fe Police Department (SFPD) related to suspected online distribution of Child Sexual Abuse Material (CSAM) via the BitTorrent peer-to-peer (P2P) file sharing network. The original investigation, conducted by Det. Ian Freeman from SFPD, identified IP address 69.129.92.239 as a source of CSAM. The IP address was associated with TDS Telecom and geolocated to Alamogordo, New Mexico, prompting jurisdictional transfer. Using investigative BitTorrent software, SFPD established a direct peer-to-peer connection with the suspect device, which was identified as running qBittorrent v5.1.0. Between September 4, 2025, at approximately 2315 hours and September 5, 2025, at approximately 0058 hours, a total of 181 files that the device was making available were downloaded directly from the suspect IP address. The device was the sole source of each file.

7. Based on my training and experience, I know that users of the BitTorrent network wishing to share new content will use a BitTorrent program to create a "torrent" file for the file or group of files they wish to share. A torrent file is a small file that contains

information about the file(s) to be shared and provides a method for a user to download the file(s) referenced in the torrent directly from other BitTorrent users without the use of a central server to process information exchanges. Torrent files are typically found as the result of keyword searches on Internet sites that host or link to them. Torrent files may be referenced by their "infohash", which uniquely identifies the torrent based on the file(s) associated with the torrent file. Furthermore, to download file(s) from other users on the BitTorrent network, a user typically obtains a torrent file. The BitTorrent software processes the information in the torrent file and locates devices on the BitTorrent network sharing all or parts or the actual file(s) being sought. The download of the content referenced in the torrent is achieved after the requesting computer and the sharing computer(s) directly connect to each other through the Internet using the BitTorrent software.

8. I also know that qBittorrent is a BitTorrent client software that utilizes the BitTorrent protocol to enable cross-platform P2P file sharing without a central server.

9. Furthermore, P2P clients such as qBittorrent do not automatically download files without user input. The user must manually select files to download, and in most torrent clients, users can preview file names, sizes, and sometimes descriptions before confirming the download.

10. The infohash of the torrent shared on September 4, 2025 and September 5, 2025 from IP address 69.129.92.239 was 9341f946671556ced25ba0ddb215b9250cefcc0d. This torrent file references 3324 files, at least one of which was identified as containing CSAM.

11. On April 16, 2026, your affiant viewed the following files obtained from the Santa Fe Police Department downloaded from IP address 69.129.92.239 on September 4, 2025 and September 5, 2025:

- Filename: bottomless webcam 1560.mp4
  Description: what appears to be a pubescent female, approximately age 11-14, inserting her fingers and other foreign objects into her vagina. The female also exposes her breasts. The video is approximately 8 minutes and 37 seconds long.

3

- Filename: 1_5010738529479688272.mp4

  Description: what appears to be a prepubescent female laying on a bed on hands and knees. What appears to be an adult male penis penetrates the female's anus. The video is approximately 52 seconds long.

- Filename: 1_4920607893448819002.mp4

  Description: what appears to be a prepubescent female laying on the floor on hands and knees. What appears to be an adult male penis penetrates the female's anus. The adult male penis also penetrates the female's vagina. The video is approximately 60 seconds long.

- Filename: 5177253870379729546.mp4

  Description: what appears to be a prepubescent female, approximately age 4-7, is performing oral sex on what appears to be an adult male penis. The female and male both are fully nude. The video is approximately 4 seconds long.

- Filename: 5312074001902734545.mp4

  Description: what appears to be a prepubescent female, approximately age 4-7, is kneeling on the floor fully nude. What appears to be an adult male hand is holding an adult male penis near the face of the female. The male is masturbating and ejaculates on the female's face and hair. The video is approximately 19 seconds long.

12. According to information received from TDS Telecom on September 15, 2025, pursuant to a search warrant, the IP address 69.129.92.239 is associated with an account belonging to Jevon Hairston, residing at 322 Chaco Drive, Alamogordo, New Mexico. APD Detective Austin Edwards then applied for and obtained a search warrant for 322 Chaco Drive, Alamogordo, New Mexico, to search for digital and physical evidence of CSAM.

13. On September 15, 2025, Detective Edwards along with other members of APD as well as officers and detectives from the Otero County Sheriff's Office (OCSO) executed the search warrant on 322 Chaco Drive. A consensual interview with Jevon Hairston was conducted on scene by APD Sergeant Mark Esquero, and several items of evidence were

obtained, including one Apple iPhone 14 Pro Max belonging to Hairston, an Acer Aspire 3 Laptop computer, an iBUYPOWER i-Series Desktop Computer, three Datastick flash drives, and two SD cards.

14. During the on-scene interview, Hairston was informed multiple times that he was not under arrest and was free to leave at any time, or to not answer any questions. Hairston confirmed that he had downloaded pornography onto his laptop computer but said that he didn't know what he had downloaded was child pornography. Hairston also stated that he was the sole user of the laptop computer, and stated that he had originally downloaded the BitTorrent software because he was looking to download the Minecraft movie. Hairston initially mentioned that his WiFi network in his home was an open network, but later Hairston confirmed that any WiFi issues he was having happened many months prior, and that from between September 4, 2025, at approximately 2315 hours and September 5, 2025, at approximately 0058 hours, Hairston's WiFi network was secured and password protected. Hairston also admitted that he did download BitTorrent but stated it was accidental and "immediately deleted" all the files. Hairston also voluntarily gave his device passwords and PIN numbers to the officers on scene.

15. APD conducted a forensic analysis of all devices seized during the search warrant and found that CSAM content was located on the Acer Aspire 3 Laptop computer, and a Project Vic-verified CSAM file had been present on the iBUYPOWER i-Series Desktop Computer but had since been deleted. The cell phone, flash drives, and SD cards did not contain any CSAM content.

16. Project Vic International is an organization that partners with law enforcement partners around the world providing victim-centric investigative and analytical tools. One of the resources that Project Vic provides to law enforcement partners is a database of hash values of known CSAM files, referred to as a "hash set". A hash value is a string of alphanumeric characters that uniquely identifies an image file. By comparing the hash value of a suspected image containing CSAM with a hash value already contained in a Project Vic hash set, investigators are able to verify that the image containing CSAM has been previously encountered and flagged by law enforcement as containing CSAM.

5

17. According to the forensic analysis conducted by APD on the Acer Aspire 3 Laptop computer, CSAM content including image cache artifacts and video thumbnails were located on the device's file system and unallocated space. All CSAM-related images and video artifacts were recovered in a deleted state, suggesting attempts at file removal or post-download cleanup. The original media files were not found in allocated space. Due to the data recovery being limited to partial artifacts and cached images, it is likely that not all illicit material originally present was recovered. The above facts suggest intentional deletion of CSAM-related files, and the presence of cache-based image remnants and torrent client activity strongly supports previous possession and access to CSAM material, despite the absence of complete original media files. The laptop computer also had a Windows User account linked to Jevon Hairston.

18. On April 9, 2026, your affiant viewed the following files in the forensic download of the Acer Aspire 3 Laptop computer obtained from APD:

- Filename: 9c4455cffad0dba2
  MD5 hash value: 0615bc556635ef30cf8a86148308eef4
  File Path:
  /Root/Users/jevon/AppData/Local/Microsoft/Windows/Explorer/thumbcache_128
  0.db/9c4455cffad0dba2
  Image description: what appears to be a prepubescent female laying on her back on what appears to be a bed. An erect male penis is being held by what appears to be a male hand just above the female's face. A white substance that appears to be semen can be seen on the corners of the female's mouth. What appears to be a second person can be seen on the bed next to the female.

- Filename: 4843821334ea009
  MD5 hash value: a43acf1fa6aa727f972e3bbfee35bfad
  File Path:
  /Root/Users/jevon/AppData/Local/Microsoft/Windows/Explorer/thumbcache_128
  0.db/4843821334ea009
  Image description: what appears to be a prepubescent female laying on her back

6

on what appears to be a bed, and the female is being vaginally penetrated by what appears to be an adult male penis. A website hyperlink is displayed below the image: www.homemademodel.biz.ly

- Filename: 8bc006aa560c0bb3

  MD5 hash value: 6e03edb4704ede86a442f6b04a605f3d

  File Path:

  /Root/Users/jevon/AppData/Local/Microsoft/Windows/Explorer/thumbcache_128 0.db/8bc006aa560c0bb3

  Image description: what appears to be a prepubescent female sitting on the lap of a naked adult male. The male is touching the female's genital area with both hands.

- Filename: 159b62cc2a2eb25d

  MD5 hash value: bb5b987e217e41dc65b98eec0df32fd4

  File Path:

  /Root/Users/jevon/AppData/Local/Microsoft/Windows/Explorer/thumbcache_128 0.db/159b62cc2a2eb25d

  Image description: what appears to be a prepubescent female laying face down on a bed. The female is nude except for what appears to be pink lingerie with stockings. What appears to be an adult male penis is penetrating the female from behind.

- Filename: 1cee70b611120bac

  MD5 hash value: 6d0b496374506287d6678200bbd87ac8

  File Path:

  /Root/Users/jevon/AppData/Local/Microsoft/Windows/Explorer/thumbcache_128 0.db/1cee70b611120bac

  Image Description: what appears to be a fully naked prepubescent female laying on her back. What appears to be an adult male penis is in the foreground of the image and the female's feet are pressing against the adult male penis. The female

is wearing rings on the toes of her feet. The female's feet and the adult male penis are the focus of the image, and the genitals of the female can be seen in the image.

19. Your affiant also saw what appeared to be the thumbnail for "5312074001902734545.mp4", a video file contained within the set of files downloaded by Santa Fe Police Department from IP address 69.129.92.239 and reviewed by your affiant as described above, on the Acer Aspire 3 Laptop computer while reviewing the files contained therein, based on the similarities between the contents of the video file and the thumbnail preview.

20. The images described above by your affiant are accessed by following the image's specific file path. According to each image's file path, the images are located within the directory: /Root/Users/jevon/AppData/Local/Microsoft/Windows/Explorer/thumbcache_1280.db/. This directory refers specifically to the thumbnail cache located within Windows Explorer. Based on my training and experience, Windows Explorer is the file management system native to Windows machines, and it is used to search, view, manage, open, and edit files contained in the machine's memory. The Windows Explorer Thumbnail Cache is a feature of Windows Explorer that stores small preview images of files, including images and videos, to speed up the display of these files in Windows Explorer and to indicate to the user the content of an image or video file. Instead of generating thumbnails each time a folder is opened, Windows Explorer saves the thumbnails in a cache, referenced by the file path "thumbcache_*.db" where the asterisk is a variable that represents the size of the thumbnail image, allowing for quicker access on subsequent folder openings. In order to generate a thumbnail image, Windows Explorer must first have access to a real file that can be previewed, such as an image or a video, and that image must be located on the device's file system.

21. Based on the above information, the images described above by your affiant are thumbnail images that have been cached by the Windows Explorer file system, and each thumbnail image represents a real file that was at some point located on the Acer Aspire 3 Laptop computer's file system.

8

22. According to the forensic analysis conducted by APD on the iBUYPOWER i-Series Desktop Computer, one CSAM file was discovered on the device in a deleted state. The file was named "desktop.ini" and was located in the path Windows/Root/Users/jevon/AppData/Local/Microsoft/Windows/Burn/Burn/. The file had a SHA-256 hash value of feea416e5e5c8aa81416b81fb25132d1c18b010b02663a253338dbdfb066e122. This hash matches an entry in the Project Vic 9/2025 US hash set and is categorized as Child Abuse Material (CAM). Because the image was wholly deleted from the device, your affiant was unable to view the image. The device contained a Windows User account named "jevon". A bookmark to the CSAM-associated torrent search site bitsearch.to was recovered from the Edge browser bookmarks folder. Browser history shows the same site was visited from user account "jevon" as recently as May 16, 2025. A Cellebrite malware scan identified 44 potentially malicious items, suggesting unsafe browsing behavior or unauthorized installations. The CSAM-related file was found in a deleted state. Combined with known malware and BitTorrent activity, this suggests efforts to conceal prior CSAM possession or access.

23. Investigative analysis of network connectivity data from Hairston's cell phone, an Apple iPhone 14 Pro Max, shows that on September 4, 2025, at approximately 1556 hours MST, Hairston's cell phone pinged a cell tower located in or around Alaska Avenue in Alamogordo, New Mexico. Furthermore, on September 5, 2025, at approximately 0750 hours MST, Hairston's cell phone pinged a cell tower located in or around Chaco Drive in Alamogordo, New Mexico.

## Conclusion

24. Based on all of the above information, your affiant submits there is probable cause to believe that Jevon Hairston committed Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and Distribution and Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2).

Prosecution of Jevon Hairston was approved by Assistant United States Attorney James A. Dickens.

SAMUEL H GUSTAFSON

Digitally signed by SAMUEL H GUSTAFSON
Date: 2026.04.22 09:41:30 -06'00'

Sam Gustafson, Special Agent
Homeland Security Investigations

Subscribed and sworn before me this 22nd day of April 2026.

Honorable Kevin R. Sweazea
United States Magistrate Judge